1  Tavy A. Dumont, SBN 244946
2  LAW OFFICE OF TAVY A. DUMONT
3  101 Cooper Street # 223
   Santa Cruz, California  95061-4526
4  Telephone:  (831) 288-0714
5  E-mail:  tavy.dumont@dumontlaw.com

6  Jonathan Weiss, SBN 143895
   LAW OFFICE OF JONATHAN WEISS
7  10576 Troon Avenue
8  Los Angeles, California  90064-4436
   Telephone:  (310) 558-0404
9  E-mail:  jw@lojw.com

10 Attorneys for Plaintiff and the proposed Classes

11 *Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| LORI ANN GONZALEZ, individually and on behalf of others similarly situated,<br><br>             Plaintiff,<br>vs.<br><br>COMENITY BANK,<br>DOES 1-30,<br><br>             Defendants. | CASE NO.: 1:19-cv-00348-AWI-EPG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>**Current Hearing Date: June 17, 2019**<br><br>**Proposed Date: July 8, 2019**<br><br>**HON. ANTHONY W. ISHII** |

# STIPULATION AND [PROPOSED] ORDER

Plaintiff Lori Ann Gonzalez ("Plaintiff") and Defendant Comenity Bank ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

1. On March 14, 2019, Defendant removed this action from the Superior Court, County of Fresno; on April 8, 2019, Plaintiff filed a Motion to Remand (ECF No. 11), which is fully briefed and under submission.

2. On May 16, 2019, Defendant filed a Motion to Compel Arbitration (ECF No. 22).

3. Defendant's Motion to Compel Arbitration is currently set for hearing on June 17, 2019.

Plaintiff's Opposition to the Motion to Compel Arbitration is currently due June 3, 2019.

4. Plaintiff requested that Defendant agree to modify the briefing schedule and hearing date because of Plaintiff's counsel's other commitments, including oral argument in the California Court of Appeal on May 30, 2019, as well as other demands that have recently arisen, that conflict with the preparation of Plaintiff's Opposition.

5. In view of Plaintiff's counsel's schedule, the parties have agreed, subject to Court approval, that Plaintiff's Opposition will be due June 17, 2019; Defendant's Reply will be due July 1, 2019; and the Motion will be heard on July 8, 2019.

6. The parties agree that this stipulation shall not be construed as supporting any waiver argument in connection with the motion to compel arbitration, and Plaintiff expressly agrees not to reference or cite to the continuance in support of any waiver argument she may make in opposition to the motion.

7. The parties have not previously requested a continuance of the

LAW OFFICE OF
TAVY A. DUMONT
101 Cooper Street # 223
Santa Cruz, California 95060-4526

hearing date or briefing schedule.

Accordingly, pursuant to Local Rules 143, 144 and 230(f), Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate and jointly request that: 1) the hearing on Defendant's Motion to Compel Arbitration be continued from June 17, 2019, to July 8, 2019, at 1:30 p.m. in Courtroom 2, 8th Floor; 2) Plaintiff shall file her Opposition on or before June 17, 2019, and 3) Defendant shall file its Reply on or before July 1, 2019.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 28, 2019     LAW OFFICE OF TAVY A. DUMONT
                        LAW OFFICE OF JONATHAN WEISS

By: /s/ Tavy A. Dumont
    Tavy A. Dumont
    Attorneys for Plaintiff and the proposed Classes

Dated: May 28, 2019     SIMMONDS & NARITA LLP
                        44 Montgomery Street, Suite 3010
                        San Francisco, CA 94104-4816
                        Telephone: (415) 283-1000
                        Facsimile: (415) 352-2625

By: /s/ R. Travis Campbell
    R. Travis Campbell (as authorized May 28, 2019)
    Attorneys for Defendant Comenity Bank

IT IS SO ORDERED.

Dated:  May 29, 2019         _____
                             SENIOR DISTRICT JUDGE