# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI ANN GONZALEZ, individually and on behalf of others similarly situated,<br><br>                       Plaintiff,<br><br>vs.<br><br>COMENITY BANK,<br>DOES 1-30,<br><br>                    Defendants. | CASE NO.: 1:19-cv-00348-AWI-EPG<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>(ECF No. 37) |

       Pursuant to the stipulation of the parties (ECF No. 37), and a finding of good cause, IT IS ORDERED that the Scheduling Conference currently set for November 5, 2019, is continued to January 15, 2019, at 10:30 a.m.

       The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated:   **October 10, 2019**         /s/ _Erica P. Grosjean_

                                       UNITED STATES MAGISTRATE JUDGE